JOHN B JONES, Respondent, *v.* THOMPSON-STARRETT COMPANY, Appellant.

*Jones* v. *Thompson-Starrett Co.*, 155 App. Div. 908, affirmed. (Argued March 22, 1915; decided April 20, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 8, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff in the course of his employment by reason of the master's negligence in permitting snow and ice to accumulate and remain under a board of a runway or scaffold, in consequence whereof the board slid when the plaintiff stepped upon it and plaintiff fell.

*James J. Mahoney* and *F. Wright Moxley* for appellant.

*B. L. Pettigrew* and *Ralph Gillette* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.